JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPLANT DIRECT MFG., LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DELL INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV 12-8903-GW(JEMx)<br><br>**ORDER RE JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)(1)(A)(ii)** |

# ORDER

This Court, having considered the Parties' Joint Stipulation of Voluntary Dismissal with Prejudice, and for good cause shown, orders as follows:

**IT IS HEREBY ORDERED** that the Parties' Joint Stipulation of Voluntary Dismissal with Prejudice is **GRANTED** and shall apply to and bind the Parties as provided therein.

**IT IS FURTHER ORDERED** that the above-entitled action is hereby dismissed in its entirety as to all Parties with prejudice. Each Party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 29, 2013

_____
The Honorable George H. Wu
UNITED STATES DISTRICT
COURT JUDGE